| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>FRIEDMAN, BERNARD A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>04/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Prin Trust (SM) Tgt 2020 Fund | A | Dividend | M | T | | | | | |
| 3. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 4. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 6. Jennisin (Rainier) | A | Dividend | J | T | | | | | |
| 7. FIDELITY IRA TRADITIONAL | | None | | | | | | | (Heading) |
| 8. Spartan Total Mk. Index Fund | A | Dividend | N | T | | | | | |
| 9. Fidelity Stock Selector | A | Dividend | K | T | | | | | |
| 10. Fidelity Gov. Cash Reserves | A | Dividend | N | T | | | | | |
| 11. Fidelity Real Estate Inv. | A | Dividend | K | T | | | | | |
| 12. Lloyd's Mobile Home Ltd. P'ship Int. | | None | K | W | | | | | |
| 13. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 14. OLTC, Ltd. | | None | K | W | | | | | |
| 15. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 16. Certificates of Deposit/Regular Savings - JP Morgan Chase | B | Interest | M | T | | | | | |
| 17. Nationwise Ins. Co. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 19. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 20. Pepsico | C | Dividend | O | T | | | | | |
| 21. Disney | A | Dividend | M | T | | | | | |
| 22. Kellogg | A | Dividend | L | T | | | | | |
| 23. Lockheed Martin | A | Dividend | J | T | | | | | |
| 24. Wal-Mart | A | Dividend | J | T | | | | | |
| 25. Wells Fargo Bank | A | Int./Div. | O | T | | | | | |
| 26. Ford Motor Credit Bonds | A | Int./Div. | M | T | | | | | |
| 27. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 28. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 29. Pennyslvania State U | A | Interest | K | T | | | | | |
| 30. Ill Financial Aut Rev | A | Interest | K | T | | | | | |
| 31. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 32. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 33. Diversified International | A | Dividend | J | T | | | | | |
| 34. Appreciation Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Stock Selector Fund | A | Dividend | J | T | | | | | |
| 36.   Magellan | A | Dividend | J | T | | | | | |
| 37.   (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 38.   Fidelity Canada | A | Dividend | J | T | | | | | |
| 39.   Contrafund | A | Dividend | K | T | | | | | |
| 40.   Fidelity Bal | A | Dividend | J | T | | | | | |
| 41.   Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 42.   Alpine Realty Income | A | Dividend | J | T | | | | | |
| 43.   Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 44.   Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 45.   Janus Fund | A | Dividend | J | T | | | | | |
| 46.   American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 47.   (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 48.   Capital Appreciation | A | Dividend | J | T | | | | | |
| 49.   (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | |
| 50.   ADT Corp | A | Dividend | J | T | | 12/12/16 | | | Merged with Line 74 |
| 51.   Alcatel - Lucent | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Bal. Fund | A | Dividend | K | T | | | | | |
| 53. American International Group | A | Dividend | J | T | | | | | |
| 54. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 55. Arkema | A | Dividend | J | T | | | | | |
| 56. AT&T | A | Dividend | K | T | | | | | |
| 57. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 58. BP PLC | A | Dividend | J | T | | | | | |
| 59. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 60. CISCO Systems | A | Dividend | K | T | | | | | |
| 61. CMS | A | Dividend | J | T | | | | | |
| 62. Coca-Cola | A | Dividend | K | T | | | | | |
| 63. Disney Walt | A | Dividend | M | T | | | | | |
| 64. Duke Energy | A | Dividend | J | T | | | | | |
| 65. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 66. Gartner Group - B | A | Dividend | J | T | | | | | |
| 67. General Electric | A | Dividend | K | T | | | | | |
| 68. General Mills | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Haylan Health | A | Dividend | J | T | | | | | |
| 70. Home Depot | A | Dividend | J | T | | | | | |
| 71. Intel Corp. | A | Dividend | J | T | | | | | |
| 72. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 73. Johnson & Johnson | A | Dividend | N | T | | | | | |
| 74. Johnson Controls | A | Dividend | J | T | Merged (with line 93) | 12/12/16 | N | D | Tyco |
| 75. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 76. Kimberly Clark | A | Dividend | K | T | | | | | |
| 77. L Brands (Limited) | A | Dividend | J | T | | | | | |
| 78. Manu Financial | A | Dividend | K | T | | | | | |
| 79. Masco Corp. | A | Dividend | J | T | | | | | |
| 80. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 81. Merck & Co. | B | Dividend | M | T | | | | | |
| 82. MGM Resorts International | A | Dividend | J | T | | | | | |
| 83. NCR | A | Dividend | J | T | | | | | |
| 84. Pentair Ltd | A | Dividend | J | T | | | | | |
| 85. Proassurance | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Prudential Financial | A | Dividend | J | T | | | | | |
| 87. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 88. Target | A | Dividend | K | T | | | | | |
| 89. TE Connectivity | A | Dividend | J | T | | | | | |
| 90. Teradata | A | Dividend | J | T | | | | | |
| 91. Teva Pharmaceutical ADR | A | Dividend | J | T | | | | | |
| 92. Top Build Corp. | A | Dividend | J | T | | | | | |
| 93. Tyco International | A | Dividend | J | T | | 12/12/16 | | | Merged - Line 74 |
| 94. US Bancorp (was line 50) | A | Dividend | K | T | | | | | |
| 95. Wells Fargo | A | Dividend | L | T | | | | | |
| 96. Walgreen (Boots) | A | Dividend | J | T | | | | | |
| 97. Waste Management | A | Dividend | J | T | | | | | |
| 98. Whole Foods | A | Dividend | J | T | | | | | |
| 99. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 100. Invesco FDS European Growth | A | Dividend | K | T | | | | | |
| 101. Federated Kaufman | A | Dividend | J | T | | | | | |
| 102. R S Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 104. Janus Overseas Fund Class T | A | Int./Div. | J | T | | | | | |
| 105. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 106. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 107. Wells Fargo Bank CD | A | Dividend | N | T | | | | | |
| 108. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 109. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 110. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 111. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 112. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 113. Growth Index Fund | A | Dividend | J | T | | | | | |
| 114. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 115. DFCU CD | A | Interest | N | T | | | | | |
| 116. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 117. Vanguard Equity Income *X | A | Interest | K | T | | | | | |
| 118. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 119. Vanguard Wellington *X | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FRIEDMAN, BERNARD A.** | 04/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments) except lines 50, 74 and 93, which were mergers and notations are made in D(5), as D(1) would not accept.

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BERNARD A. FRIEDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544